USDC SCAN INDEX SHEET

















RXC    1/12/01    10:16

3:01-M -00088   USA V. DELTORO

*1*

*CRCMP.*

Complaint

## UNITED STATES DISTRICT COURT

FOR THE        01 JAN 11 PM 4: 19

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | Magistrate's Docket No: **01.MS 0088** |
| | Case No. |
| UNITED STATES OF AMERICA | COMPLAINT for VIOLATION of |
| v | U.S.C. Title 18 |
| HUMBERTO DELTORO, JR. | Section 1073 |

BEFORE _____ ,    San Diego, California _____

Name of Magistrate                                    Address of Magistrate

**The undersigned complainant being duly sworn states:**

That on or about October 17, at San Diego, California

Southern District of California

HUMBERTO DELTORO, JR.

did knowingly and willfully move or travel in interstate or foreign commerce with the intent to avoid prosecution under the laws of the State of California for the crimes of Murder and Attempted Murder, (1 count each), felonies in violation of California Penal Code section 187(a), and for whom the Superior Court of California, County of San Diego, San Diego Judicial District, issued a Warrant of Arrest, Case No. C124270, on October 17, 1996 , said conduct in violation of Title 18, United States Code, section 1073.

**And the complainant states that this complaint is based on:**

The attached affidavit of Special Agent Alexander A. Ford, which is incorporated by reference herein.

_____

Signature of Complainant

ALEXANDER A. FORD.

Special Agent, FBI

Official Title

Sworn to before me, and subscribed in my presence,

___1/11___ , 2001.

_____

United States Magistrate Judge

1

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

3

AFFIDAVIT

4

I, Alexander A. Ford, being duly sworn, depose and
5 say:

1.  I am a Special Agent (SA) with the Federal Bureau
6 of Investigation (FBI) assigned to the San Diego, California
office.  I currently investigate Title 18 U.S.C. 1073 (Unlawful
7 Flight to Avoid Prosecution) violations.

8

2.  This affidavit is made in support of a complaint
charging Humberto Deltoro, Jr. with Unlawful Flight to Avoid
9 Prosecution, a violation of Title 18, U.S.C., Section 1073.

10

3.  On December 22, 2000, Robert L. Locke, Assistant
Chief, Case Issuance and Extraditions Division, Office of the
11 District Attorney, San Diego, California, requested FBI
assistance in locating and apprehending Humberto Deltoro, Jr.
12 Locke advised that a criminal complaint was filed in the
Municipal Court of California, County of San Diego, San Diego
13 Judicial District on October 17, 1996, case number CD124270,
charging Humberto Deltoro, Jr. with the following felonies:
14 Murder and Attempted Murder, a violation of California Penal
Code, Section 187(a), one count each.  On same date, the court
15 issued a warrant of arrest for Deltoro, with bail set at
$500,000.00.

16

4.  Locke advised that during October 1996, various
17 "Chiqua" gang members got into a conflict at a wedding with
"Vaqueros" gang members.  Deltoro's defendant and brother,
18 Flavio Castellanos Deltoro, got a shotgun and gave it to
Humberto Deltoro.  Humberto Deltoro and defendant Miguel
19 Anthony Bahena then went together to a taco shop where the
victim was expected to be.  Deltoro and Bahena then walked up
20 to the two victims and began shooting.  Victim Javier Orozco
died and victim Dela Torre suffered great bodily injury.

21

5.  San Diego Deputy District Attorney Mark Amador,
22 prosecutor in the case, has learned information from material
witness Carlos Abrego.  Following the homicide, Abrego was
23 living with Deltoro in the State of Washington.  According to
Abrego, Deltoro knew he was wanted by police in connection with
24 the October 2, 1996 homicide, and left the State of California.

25

6.  Locke requested the assistance of the FBI in
26 locating and apprehending Humberto Deltoro, Jr. under the
provisions of the Unlawful Flight to Avoid Prosecution statute,
27 Title 18, United States Code, Section 1073.  Investigation to
date has not been able to determine the whereabouts of Humberto
28 Deltoro, Jr.  Deltoro has not been arrested on the outstanding

1

1  California arrest warrant dated October 17, 1996, and it
2  appears he has fled the State of California to avoid
   prosecution for the above described offense.   If Humberto
3  Deltoro, Jr. is located within the United States, Locke's
   office will immediately begin extradition proceedings.

4           7.  Humberto Deltoro, Jr. is described as:
            Name:     Humberto Deltoro, Jr.
5           Aliases:  Humberto Del Toro, Jr.
            DOB:      August 16, 1975
6           Race:     Hispanic
            Sex:      Male
7           Height:   5'08"
            Weight:   135 pounds
8           Build:    Thin
            Hair:     Black
9           Eyes:     Brown
            SSN:      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
10          FBI:      172577XA3
            DA Number:85277-02

11

12

13                              _____
                                      Alexander A. Ford
                                      Special Agent, FBI
14                                   San Diego, California

15

16  Subscribed and sworn to before me
    this ____ day of _____, 2001.
17

18  _____
    United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28