## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

HUMBERTO DELTORO, JR.

FILED

2020 MAY -5 P 3 28

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:

| WARRANT ISSUED ON THE BASIS OF: | Magistrate's Case No. |
|---|---|
| __ Failure to Appear   __ Order of Court | DEPUTY **'01 mg 0088** |
| __ Indictment   __ Information | |
| X_ Complaint | WARRANT FOR ARREST |

| TO: | NAME AND ADDRESS OF PERSON TO BE ARRESTED: |
|---|---|
| Any U.S. Marshal or other authorized officer | HUMBERTO DELTORO, JR |

| DISTRICT OF ARREST: | CITY OF ARREST: |
|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer the charge(s) listed below.

### DESCRIPTION OF CHARGES

Unlawful Flight to Avoid Prosecution

RETURNED UNEXECUTED

DATE:

STEVEN C. STAFFORD
U.S. MARSHAL, S.D/CA

BY:

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 18 | 1073 |

| BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|

| ORDERED BY | ANTHONY J. BATTAGLIA U.S. MAGISTRATE JUDGE | DATE ORDERED JAN 1 1 2001 |
|---|---|---|
| CLERK OF COURT/U.S. MAGISTRATE JUDGE | BY | DATE ISSUED |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |